12

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE ~~SOUTHERN~~ DISTRICT OF OHIO**
**DIVISION**

Robert W. Johnson

(Enter Above the Name of the Plaintiff in this Action)

Case: 2:22-cv-12094
Assigned To : Parker, Linda V.
Referral Judge: Grey, Jonathan J.C.
Assign. Date : 9/6/2022
Description: COMP JOHNSON V.
NORTH CENTRAL OHIO
REHABILITATION CENTER ET.
AL (KB)

vs.

North Central Ohio Rehabilitation Center, et al.,

(Enter above the name of the Defendant in this Action)

If there are additional Defendants, please list them:

Travis B. Stillion, Inder F. LeVesque, Stephanie L. Schoolcraft, Fishel, Downey, Albrecht & Riepenkoff LLP, Madhu Singh, Lori Barreras, J. Rita McNeil Danish, William Patmon III, Angela Phelps-White, Charlie Winburn, Mike DeWine & Ohio Civil Rights Commission

**COMPLAINT**

I.   Parties to the action:

Plaintiff:   Place your name and address on the lines below.  The address you give must be the address where the court may contact you and mail documents to you.  A telephone number is required.

Robert W. Johnson

Name - Full Name Please - PRINT

112 Court St. Apt. 2

Street Address

Watertown, NY 13601

City, State and Zip Code

Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this page with their full names, addresses and telephone numbers.  If there are no other Plaintiffs, continue with this form.

N/A

FILED

SEP 0 6 2022

CLERK'S OFFICE
DETROIT

Case 2:22-cv-12094-LVP-JJCG   ECF No. 1, PageID.2   Filed 09/06/22   Page 2 of 13

TO WHOM IT MAY CONCERN

I AM REQUESTING A CHANGE OF VENUE DUE TO CONFLICTS OF INTERESTS.

Robert W. Johnson

Robert W. Johnson

08/30/2022

# CERTIFICATE OF SERVICE

I, Robert W. Johnson, served a copy of Civil Cover Sheet, Civil Complaint & IFP Application on 06/26/2022 upon:

1. Court Clerk: U.S. Courts: 85 Marconi Blvd. #121: Columbus, OH 43215.

Robert W. Johnson
Robert W. Johnson

06/26/2022

Defendants:

Travis B. Stillion, Inder F. LeVesque, Stephanie L. Schoolcraft, Fishel, Downey, Albrecht & Riepenhoff LLP, Madhu Singh, Lori Barreras, J. Rita McNeil Danish, William Patmon III, Angela Phelps-White, Charlie Winburn & Mike DeWine and Ohio Civil Rights Commission.

Defendants:

7. Lori Barreras
   640 Jackson St.; STE. 936; Toledo, OH 43604.

8. J. Rita McNeil Danish
   640 Jackson St.; STE. 936; Toledo, OH 43604.

9. William Patmon III
   640 Jackson St.; STE. 936; Toledo, OH 43604.

10. Angela Phelps-White
    640 Jackson St.; STE. 936; Toledo, OH 43604.

11. Charlie Winburn
    640 Jackson St.; STE. 936; Toledo, OH 43604.

12. Mike DeWine
    640 Jackson St.; STE. 936; Toledo, OH 43604.

13. Ohio Civil Rights Commission
    640 Jackson St.; STE. 936; Toledo, OH 43604.

# OHIO CIVIL RIGHTS COMMISSION

**Board of Commissioners:**
Lori Barreras – Chair
William W. Patmon, III
Madhu Singh
J. Rita McNeil Danish
Charlie Winburn



Angela Phelps-White,
Executive Director

---

| | | |
|---|---|---|
| Charging A. Party, | ) | |
| | ) | |
| Robert W. Johnson | ) | |
| | ) | |
| v. | ) | **Charge No. TOLB1(49337)12132021** |
| | ) | **22A-2022-01144C** |
| Respondent, | ) | |
| | ) | |
| State of Ohio, Department of Youth | ) | |
| Services, North Central Ohio | ) | |
| Rehabilitation Center | ) | |

## NOTICE OF RIGHT TO SUE

---

Pursuant to Ohio Revised Code 4112.051, you may file a civil action against the Respondent(s) alleging a violation of Ohio Revised Code 4112. The lawsuit may be filed in any State of Ohio court that has jurisdiction over the matter. Ohio Revised Code 4112.052 and 4112.14 provides that such a civil action must be filed within two years after the date of the alleged discriminatory practice. The time period to file a civil action is tolled during the pendency of the Commission investigation. You are advised to consult with an attorney to determine with accuracy the date by which a civil action must be filed. FOR FEDERAL COURT FILINGS: Notices of Right to Sue under federal law will be issued by the EEOC.

**FOR THE COMMISSION**

*Inder F. LeVesque*

Inder F. LeVesque
Toledo Regional Director
640 Jackson Street, Suite 936
Toledo, OH  43604
419-245-2900

Date mailed: June 23, 2022

III. Statement of Claim

Please write as briefly as possible the facts of your case.  Describe how each Defendant is involved.  Include the name of all persons involved, give dates and places.

Number each claim separately.  Use as much space as you need.  You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

Robert W. Johnson was discriminated against for Employment by North Central B. Ohio Rehabilitation Center, Travis B. Stillion, Stephanie L. Schoolcraft & Fishel, Downey, Albrecht & Riepenhoff LLP and denied Employee Applicant Due Process Rights. Inder F. LeVesque, Madhu Singh, Lori Barreras, J. Rita Angela McNeil Danish, William Patmon III, Mike DeWine & Ohio Civil Rights Commission denied Robert W. Johnson Due Process Rights and merits for above-said Employment Discriminations.

V.  Relief

In this section please state (write) briefly exactly what you want the court to do for you.  Make no legal argument, cite no case or statutes.

$ 100,000,000.00 for punitive damages; Reliefs Employment; All other Reliefs Just & Proper.

I state under penalty of perjury that the foregoing is true and correct.  Executed on this 26TH day of June 20 22

Signature of Plaintiff

-4-

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. North Central Ohio Rehabilitation Center
   Name - Full Name Please
   1440 MT. Vernon Ave.; Marion, OH 43202
   Address: Street, City, State and Zip Code

2. Travis B. Stillion
   1440 MT. Vernon Ave.; Marion, OH 43202

3. Inder F. LeVesque
   640 Jackson St.; STE.936; Toledo, OH 43604

4. Stephanie L. Schoolcraft
   7775 Walton PKWY; STE.200; New Albany, OH 43054

5. Fishel, Downey, Albrecht & Riepenhoff LLP
   7775 Walton PKWY; STE.200; New Albany, OH 43054

6. Madhu Singh
   640 Jackson St.; STE.936; Toledo, OH 43604

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

II. Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

☐ Title 28 U.S.C. § 1343(3)
   [A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

☐ Title 28 U.S.C. § 1331
   [A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

☐ Title 28 U.S.C. § 1332(a)(1)
   [A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

☒ Title _____ United States Code, Section _____
   [Other federal status giving the court subject matter jurisdiction.]

-2-

PRO SE CORPORATION DEFAULT JUDGEMENT WHISTLEBLOWER

JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Robert W. Johnson

## DEFENDANTS
Rehabilitation Center North Central Ohio

**(b)** County of Residence of First Listed Plaintiff Jefferson
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
112 Court St., Apt.2, WATERTOWN, NY 13601

Attorneys *(If Known)*
N/A

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [X] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [X] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 367 Health Care/ | | | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & | Pharmaceutical Personal Injury | | **INTELLECTUAL PROPERTY RIGHTS** | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | Slander | Product Liability | | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 330 Federal Employers' | [ ] 368 Asbestos Personal | | [ ] 830 Patent | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | Liability | Injury Product Liability | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 460 Deportation |
| | [ ] 340 Marine | | | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| | [ ] 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 370 Other Fraud | [ ] 710 Fair Labor Standards Act | | [ ] 485 Telephone Consumer Protection Act |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 371 Truth in Lending | [ ] 720 Labor/Management Relations | **SOCIAL SECURITY** | |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 380 Other Personal Property Damage | [ ] 740 Railway Labor Act | [ ] 861 HIA (1395ff) | [ ] 490 Cable/Sat TV |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice | [ ] 385 Property Damage Product Liability | [ ] 751 Family and Medical Leave Act | [ ] 862 Black Lung (923) | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 196 Franchise | | | | [ ] 863 DIWC/DIWW (405(g)) | |
| | | | | [ ] 864 SSID Title XVI | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 790 Other Labor Litigation | [ ] 865 RSI (405(g)) | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus:** | [ ] 791 Employee Retirement Income Security Act | | [ ] 893 Environmental Matters |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | **FEDERAL TAX SUITS** | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [X] 442 Employment | [ ] 510 Motions to Vacate Sentence | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 896 Arbitration |
| [ ] 240 Torts to Land | [X] 443 Housing/ Accommodations | [ ] 530 General | | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - | [ ] 535 Death Penalty | **IMMIGRATION** | | [ ] 950 Constitutionality of State Statutes |
| [ ] 290 All Other Real Property | | [ ] Mamus & Other Rights | [ ] 462 Naturalization Application | | |
| | | [ ] 555 Prison Condition | [ ] 465 Other Immigration Actions | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District (specify)
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Federal Question: Due Process
Brief description of cause:
Employment Discrimination; Due Process Violations

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
- DEMAND $ $100,000,000.00
- CHECK YES only if demanded in complaint:
- JURY DEMAND: [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE 06/26/2022

SIGNATURE OF ATTORNEY OF RECORD Robert W. Johnson

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____



# OHIO CIVIL RIGHTS COMMISSION

Governor Mike DeWine

Commissioners:  Lori Barreras, Chair | J. Rita McNeil Danish | William Patmon, III | Madhu Singh | Charlie Winburn
Executive Director Angela Phelps-White

June 23, 2022                                           ***Mailed on June 23, 2022

Robert W. Johnson                                  Travis B. Stillion, Executive Director
112 Court St.  Apt. 2                              State of Ohio, Department of Youth Services,
Watertown, NY  13601                          North Central Ohio Rehabilitation Center
robertojohnsino365@gmail.com          1440 Mt. Vernon Ave.
                                                             Marion, OH  43302
                                                             tstillion@mcjdc.ncorc.net

## LETTER OF DETERMINATION
Robert W. Johnson v. State of Ohio, Department of Youth Services,
North Central Ohio Rehabilitation Center
TOLB1(49337)12132021/22A-2022-01144C

**FINDINGS OF FACT:**
Charging Party filed a charge of discrimination with the Ohio Civil Rights Commission ("Commission")
alleging Respondent engaged in an unlawful discriminatory practice.  All jurisdictional requirements for
filing a charge have been met.

After receiving the charge, the Commission conducted an investigation into Charging Party's allegation(s)
against Respondent. During the investigation, the Commission considered relevant documents and
testimony. The information gathered does not support a recommendation that Respondent unlawfully
discriminated against Charging Party. Specifically, Charging Party did not respond to an email to contact
Respondent regarding scheduling an interview for the vacant position.

**DECISION:**
The Ohio Civil Rights Commission determines it is **NOT PROBABLE** that Respondent has engaged in
an unlawful discriminatory practice in violation of Ohio Revised Code Chapter 4112. Therefore, the
Commission hereby orders that this matter be **DISMISSED**.

Please refer to the enclosed **NOTICE OF RIGHT TO SUE** for additional information on Charging
Party's suit rights.

**NOTICE OF RIGHT TO REQUEST RECONSIDERATION:**
Pursuant to Ohio Administrative Code § 4112-3-04, you have the right to request reconsideration of the
Commission's determination. The application must be in writing and state specifically the grounds upon
which it is based. You must submit the request for reconsideration, along with all additional evidence or
supporting documentation, within **TEN (10) days** of the date of mailing of this notice.

---

TOLEDO REGIONAL OFFICE | One Government Center 640 Jackson St., Suite 936 Toledo, OH 43604
PHONE: 419-245-2900 | TOLL FREE:  1-888-278-7101 | TTY:  614-752-2391 | FAX:  419-245-2668
www.crc.ohio.gov

Robert W. Johnson v. State of Ohio, Department of Youth Services, North Central Ohio Rehabilitation Center
TOLB1(49337)12132021/22A-2022-01144C
Page 2

This request must be sent to the Compliance Department, Ohio Civil Rights Commission, 30 East Broad Street, 5ᵗʰ Floor, Columbus, Ohio 43215. Any application for reconsideration received after the ten-day period has expired will be deemed untimely.

The Commission's Rules do not permit any employee of the Commission to grant any extension to this ten-day filing period. If you wish to appear before the Commissioners to present oral arguments in support or your request for reconsideration, you must specifically make a request to appear in writing.

**FOR DUAL FILED CHARGES ONLY:**
If your charge was filed with both the Commission and the U. S. Equal Employment Opportunity Commission (EEOC), you have the right to request that the EEOC conduct a review of the Commission finding. The request for such a review must be sent directly to the EEOC State and Local Coordinator at 101 W. Ohio St., Suite 1900, Indianapolis, IN 46204. To secure such a review, you must request it in writing within **FIFTEEN (15) days** of Commission's finding, unless you request a reconsideration by Commission. In that event, our final finding, and the time for you to request review by EEOC, will be determined by Commission's action on your reconsideration request.

**NOTICE OF RIGHT TO PETITION FOR JUDICIAL REVIEW:**
A determination of the Commission that constitutes a Final Order is subject to judicial review, wherein the court reviews the contents of this letter and determines if there are sufficient factual findings supporting why the Commission did not issue a complaint. A petition for judicial review must be filed in the proper common pleas court within **THIRTY (30) days** of the date the Commission mailed this Final Order. The right to obtain judicial review and the mode and procedure thereof is set forth in Ohio Revised Code § 4112.06.

The judicial review process is not a means to reexamine the investigation or further pursue your allegations through the Commission. You may consult with an attorney for information on available options.

A Probable Cause finding is not a Final Order and is not subject to judicial review by a court. All other determinations of the Commission constitute a Final Order and are subject to judicial review by a court.

FOR THE COMMISSION,

*Inder F. LeVesque*

Inder F. LeVesque
Toledo Regional Director

IFL/sms

cc:   **Representative for Charging Party:**          **Representative for Respondent:**
None of Record                                        Stephanie L. Schoolcraft, Partner
                                                      Fishel Downey Albrecht & Riepenhoff LLP
                                                      7775 Walton Parkway, Suite 200
                                                      New Albany, OH 43054
                                                      sschoolcraft@fisheldowney.com

